## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

DOUG CUTCHER,

 *Plaintiff*,

 v.           Civil Action No. ELH-13-3733

MIDLAND FUNDING, LLC, *et al.*,

 *Defendants*.

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is, this 19th day of

May, 2014, by the United States District Court for the District of Maryland, ORDERED:

1. Plaintiff's request to transfer (ECF 7) is GRANTED.

2. Defendants' Motion to Dismiss Plaintiff's Complaint for Lack of Jurisdiction (ECF 6) is DENIED, as moot.

3. This case shall be TRANSFERRED to the United States District Court for the Southern District of California.

       _____/s/_____
       Ellen Lipton Hollander
       United States District Judge